MAGISTRATE JUDGE

10-CR-05210-ORD

FILED _____ LODGED
_____ RECEIVED

SEP 20 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, ) NO. CR 10 5210
)
    Plaintiff, )
) FINDINGS AND ORDER ACCEPTING
    vs. ) DEFENDANT FOR DEFERRED
) PROSECUTION, APPROVING
) TREATMENT PLAN, AND DIRECTING
CARL RYAN FRANKLIN ROBINS ) DEFENDANT TO TAKE TREATMENT
) AS PRESCRIBED
    Defendant/Petitioner. )
) (Clerk's Action Required)
)

    THIS MATTER, coming on for hearing this 20 day of Sept, 2010 upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by ~~her~~/his attorney, Jay Matto ; the United States of America being represented by _____, Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Ass. Behavioral health and the files and records herein, being fully advised in the premises, does now make and enter the following:

/ / /

/ / /

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 1

1  ///

## I. **FINDINGS OF FACT**

A. On or about the 28 day of _December_, 2009, Petitioner was charged with the offense/~~offenses~~ charged in the Information. This offense occurred as a direct result of alcoholism/~~chemical~~ dependency problems;

B. Petitioner suffers from an alcohol/~~drug~~ problem and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated;

D. Petitioner is amenable to treatment;

E. An effective rehabilitative treatment plan is available to Petitioner through _ABH / MILITARY_, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F. That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from _Associated Behavioral Health_ attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G. That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense ~~or offenses~~ held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

From the foregoing FINDINGS OF FACT, the Court draws the following:

///

## II. CONCLUSIONS OF LAW

A.  That the above-entitled Court has jurisdiction over the subject matter and Petitioner _Carl Ryan Franklin Rehus_, in this case;

B.  That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C.  That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D.  That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A.  Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

B.  Petitioner shall enroll in and successfully complete the two-year treatment program recommended by _Associated Behavioral Health_ according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference. Petitioner shall not change treatment agencies without prior Probation approval;

C.  The treatment facility, _ABH and Military_, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3)

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 3

1   months during the second year. The Court may increase the frequency of these reports at its
2   discretion;

3       D.    Petitioner shall notify U.S. Probation within 72 hours of any residence change.

4       E.    Petitioner shall abstain during the deferred prosecution period from any and all
5   consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

6       F.    Petitioner shall not operate a motor vehicle on the public highways without a valid
7   operator's license and proof of liability insurance sufficient to comply with the state laws on
8   financial responsibility;

9       G.    Petitioner shall be law abiding and shall not commit any alcohol/drug related
10  offenses or other criminal offenses during the period of deferral;

11      H.    Petitioner shall notify U.S. Probation within 72 hours of being arrested,
12  questioned, or cited by Law Enforcement;

13      I.    In the event that Petitioner fails or neglects to carry out and fulfill any term or
14  condition of ~~her~~/his treatment plan or violates any provision of this Order or any rule or
15  regulation of ~~her~~/his probation officer, upon receiving notice, the Court shall hold a hearing to
16  determine why Petitioner should not be removed from deferred prosecution and prosecuted for
17  the offense/~~offenses~~ charged;

18      J.    In the event the Court finds cause to revoke this deferred prosecution, the
19  stipulated police reports shall be admitted into evidence, and Petitioner shall have ~~her~~ his guilt or
20  innocence determined by the Court;

21      K.    That the statement of Petitioner for Deferred Prosecution shall remain sealed, and
22  all subsequent reports or documents relating to ~~her~~ his treatment information shall be sealed, to
23  maintain confidentiality of Petitioner's treatment information;

24      L.    That the Department of Licensing be notified of this Order accepting the
25  Petitioner for deferred prosecution;

26

1     M.    Upon proof of Petitioner's successful completion of five years deferral period in
2 this Order, the Court shall dismiss the charges pending against Petitioner.

3     N.    Additional conditions: _____

4 _____

5 _____.

8     DONE IN OPEN COURT this ___20___ day of ___September___, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

13 Presented by:

_____
33773
16 Attorney for Petitioner

17 I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

20 Dated: ___9-18-10___  _____
21     Petitioner

23 I certify that a copy of this signed Order was mailed to the subject treatment facility, on ___September 23___, 2009. The United States Probation Office was also furnished a copy of this Order.

_____
Clerk

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 5